## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CAROLE HOGGARD**                                                                **PLAINTIFF**

**VS.**                                  **No. 3:26-cv-00030 PSH**

**COMMISSIONER,**
     **Social Security Administration**                                  **DEFENDANT**

### ORDER

Defendant Commissioner of Social Security ("Commissioner"), in his unopposed motion for voluntary remand (Doc. No. 14) requests this case be reversed and remanded for further administrative proceedings. For good cause shown, the unopposed motion to reverse and remand is granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 24th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE