## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CAROLE HOGGARD**                                                 **PLAINTIFF**

**VS.**                          **No. 3:26-cv-00030 PSH**

**COMMISSIONER,**
    **Social Security Administration**                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, the case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 24th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE